IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DAVID MOYER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Cause No. 4:13-CV-00463-RAS-DDB |
| | § | |
| NCO FINANCIAL SYSTEMS, INC. | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF PENDING SETTLEMENT

Defendant, NCO Financial Systems, Inc., by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the Parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                Respectfully submitted,

                 /s/ Whitney L. White
                Whitney L. White
                State Bar No. 24075269
                **Sessions, Fishman, Nathan, & Israel, LLC**
                900 Jackson Street, Suite 440
                Dallas, Texas 75202
                Telephone: (214) 741-3001
                Facsimile:  (214) 741-3055
                Email: wwhite@sessions-law.biz

                **Attorney for Defendant,**
                **NCO Financial Systems, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of December, 2013, a copy of the foregoing **Notice of Pending Settlement** was electronically filed with the Clerk of the Court, United States District Court for the Eastern District of Texas, Sherman Division and served upon the following via CM/ECF:

Joseph Panvini
Weisberg & Meyers, LLC
5025 North Central Avenue, #602
Phoenix, AZ  85012
Telephone: 888-595-9111 ext. 125
Facsimile: 866-565-16327
jpanvini@attorneysforconsumers.com

/s/ Whitney L. White
Whitney L. White