**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| DAVID MOYER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Cause No. 4:13-CV-00463-RAS-DDB |
| | § | |
| NCO FINANCIAL SYSTEMS, INC. | § | |
| | § | |
| Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and through counsel, Plaintiff, David Moyer ("Plaintiff"), and Defendant, NCO Financial Systems, Inc. ("NCO"), hereby file this Joint Stipulation of Dismissal with Prejudice of all claims brought in this action and state Plaintiff dismisses all claims against NCO with prejudice. Each party is to bear their own respective attorney's fees and costs.

Dated this 14th day of January, 2014.

Respectfully submitted,

| | |
|---|---|
| */s/ Joseph Panvini* | */s/ Whitney L. White* |
| Joseph Panvini | Whitney L. White, Esq. |
| Weisberg & Meyers, LLC | State Bar No. 24075269 |
| 5025 North Central Avenue, #602 | **Sessions, Fishman, Nathan & Israel, LLC** |
| Telephone: 888-595-9111 ext. 125 | 900 Jackson St., Suite 440 |
| Facsimile: 866-565-16327 | Dallas, Texas 75202 |
| jpanvini@attorneysforconsumers.com | Telephone:  (214) 741-3001 |
| | Facsimile: (214) 741-3055 |
| **Attorney for Plaintiff** | wwhite@sessions-law.biz |
| | |
| | **Attorney for Defendant,** |
| | **NCO Financial Systems, Inc.** |

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of January, 2014, a copy of the foregoing **Joint Stipulation of Dismissal with Prejudice** was electronically filed with the Clerk of the Court, United States District Court for the Eastern District of Texas, Sherman Division and served upon the following via CM/ECF:

Joseph Panvini
Weisberg & Meyers, LLC
5025 North Central Avenue, #602
Phoenix, AZ 85012
Telephone: 888-595-9111 ext. 125
Facsimile: 866-565-16327
jpanvini@attorneysforconsumers.com

                                                    */s/ Whitney L. White*
                                                    Whitney L. White