# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| DAVID MOYER, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Cause No. 4:13-CV-00463-RAS-DDB |
| § | |
| NCO FINANCIAL SYSTEMS, INC. § | |
| § | |
| Defendant. § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Based on the stipulation of the Parties, Plaintiff David Moyer and Defendant NCO Financial Systems, Inc., filed herein pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

IT IS HEREBY ORDERED ADJUDGED AND DECREED that the above-entitled action is dismissed with prejudice.

SO ORDERED.

SIGNED this the 7th day of March, 2014.

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE